1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG, ESQ.       (SBN 113755)
   BARRY SULLIVAN, ESQ.          (SBN 136571)
3  RICHARD A. LOVICH, ESQ.       (SBN 113472)
4  SUSANNAH D. DAHLBERG, ESQ.    (SBN 261709)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:   (818) 559-5484

8  Attorneys for Plaintiff
9  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, a Public trust corporation, on behalf of the
10 University of California, Irvine Medical Center

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a Public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>         Plaintiff,<br>   vs.<br><br>AETNA HEALTH OF CALIFORNIA, INC., a California for profit corporation; COSTCO WHOLESALE CORPORATION, a Washington for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>         Defendants. | Case No.: 8:13-CV-00336-AG-JPR<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>**Judge: Hon. Andrew J. Guilford** |

////

- 1 -   [PROPOSED] ORDER ON STIPULATION OF DISMISSAL

1
2       Having read the foregoing Stipulation of the parties, and good cause
3   appearing therefore,
4       IT IS HEREBY ORDERED THAT:
5       The above-captioned action is hereby dismissed with prejudice pursuant to
6   F.R.C.P. 41(a)(1)(A)(ii).
7
8
9
10  Dated: March 15, 2013        By: _____
11                                **Hon. Andrew J. Guilford**

- 2 -   [PROPOSED] ORDER ON STIPULATION OF DISMISSAL