STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG, ESQ.     (SBN 113755)
BARRY SULLIVAN, ESQ.        (SBN 136571)
RICHARD A. LOVICH, ESQ.     (SBN 113472)
SUSANNAH D. DAHLBERG, ESQ.  (SBN 261709)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a Public trust corporation, on behalf of the University of California, Irvine Medical Center

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a Public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>AETNA HEALTH OF CALIFORNIA, INC., a California for profit corporation; COSTCO WHOLESALE CORPORATION, a Washington for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 8:13-CV-00336-AG-JPR<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>**Judge: Hon. Andrew J. Guilford** |

////

- 1 -   [PROPOSED] ORDER ON STIPULATION OF DISMISSAL

1
2   Having read the foregoing Stipulation of the parties, and good cause
3   appearing therefore,
4   IT IS HEREBY ORDERED THAT:
5   The above-captioned action is hereby dismissed with prejudice pursuant to
6   F.R.C.P. 41(a)(1)(A)(ii).
7
8
9
10  Dated: March 15, 2013            By: _____
11                                        **Hon. Andrew J. Guilford**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -   [PROPOSED] ORDER ON STIPULATION OF DISMISSAL